UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | § § § | |
| vs. | § § § | Case Number:<br>WA:25-CR-00039(4)-ADA |
| (4) KEVIN ARANA<br>*Defendant* | § § | |

## ORDER

Came on this date to be considered the Motion of Kevin Lessman to Withdraw as Attorney of Record for Defendant (ECF 99) and Motion to Substitute as Counsel for Defendant (ECF 101). The Court, having considered the motions, finds that they have merit and should be granted. Accordingly, it is

**ORDERED** that the Motion of Kevin Lessman to Withdraw as Attorney of Record for the Defendant (ECF 99) and Motion to Substitute as Counsel for Defendant (ECF 101) is **GRANTED.** It is further

**ORDERED** that Gilbert A. Villarreal is **SUBSTITUTED** to represent the Defendant as retained counsel of record in place of Kevin Lessman.

SIGNED this 8th day of July, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE